# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JADEN INVESTMENT TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>    Defendant. | Case No. 2:13-cv-02325-LDG (GWF)<br><br>**ORDER** |

A review of the docket establishing that this matter has been closed as a sham and frivolous, therefore

THE COURT **ORDERS** that the Clerk of the Court shall STRIKE the subsequently filed documents docketed at #5 and #6.

DATED this ___9___ day of April, 2014.

_____
Lloyd D. George
United States District Judge